AO 136RD (Rev. 8/93)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
                                              ) ss.

EASTERN DISTRICT OF VIRGINIA )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that __Steven Scott Biss__, ID #32972, was duly admitted to practice in said Court on __June 18, 1992__ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
                      Deputy Clerk

Dated at Richmond, Virginia
on __October 1, 2019__.