IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Devin G. Nunes,** | Case No. 5:19-cv-04064-CJW-MAR |
| Plaintiff, | |
| v. | |
| **Ryan Lizza** and **Hearst Magazines, Inc.,** | Motion to Appear *Pro Hac Vice* |
| Defendants. | |

    Ravi V. Sitwala, a lawyer who is not a member of the bar of this district, hereby moves to appear in this case *pro hac vice* on behalf of Ryan Lizza and Hearst Magazines, Inc. Mr. Sitwala is a member in good standing of the bar of the State of New York, and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

    Ravi V. Sitwala further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Michael A. Giudicessi, Faegre Baker Daniels LLP, 801 Grand Avenue, Des Moines, Iowa 50309, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

    The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.

1

Dated:  December 27, 2019.

**Faegre Baker Daniels LLP**

/s/ Michael A. Giudicessi
Michael A. Giudicessi, *Lead Counsel*
  *michael.giudicessi@faegrebd.com*
Nicholas A. Klinefeldt
  *nick.klinefeldt@faegrebd.com*
Susan P. Elgin
  *susan.elgin@faegrebd.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**Hearst Corporation**

/s/ Ravi V. Sitwala
Ravi V. Sitwala*
(NY State Bar No. 4359899)
  *rsitwala@hearst.com*
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 649-2006
*Pro Hac Vice Application Pending*

**Attorneys for Defendants**

**Certificate of Service**

The undersigned certifies that a true copy of **Motion to Appear *Pro Hac Vice*** was served upon the following parties through the court's CM/ECF electronic filing system on December 27, 2019.

/s/ Anri Moore

Copy to:

Joseph M. Feller
  *jfeller@kkfellerlaw.com*

Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*