# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES, Plaintiff(s) vs. RYAN LIZZA and HEARST MAGAZINES, INC., Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 19-cv-4064-CJW<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: AMS<br>Official Court Record: FTR Gold |

| Date: | 01/23/2020 | Start: | 10:01 a.m. | Adjourn: | 10:11 a.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss | | | | | |
| | | Defendant(s): | Michael Giudicessi, Nathaniel S. Boyer, Ravi V. Sitwala, and Nicholas A. Klinefeldt | | | | | |
| | | U.S. Probation: | | | | | | |
| | | Interpreter: | | | Language: | | Certified: | Phone: |

**TYPE OF PROCEEDING:** Rule 16(b) & 26(f) Scheduling Conference | Contested? | Continued from a previous date?

Motion(s): | Ruling:

**Matters discussed:**

16(b) & 26(f) scheduling conference. The parties discussed the deadlines contained in the proposed scheduling order and discovery plan and the pending motion to stay discovery and for protective order (Doc. 17). Plaintiff plans on filing a resistance soon.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Page **1** of **1**