# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>　　　　Defendants. | No. 19-CV-4064 CJW-MAR<br><br>**ORDER RESCHEDULING ORAL ARGUMENT TO BE CONDUCTED TELEPHONICALLY** |

_____

On March 4, 2020, the Court issued an order scheduling oral argument in this matter for Friday, April 24, 2020, at 2:30 p.m. CST to be held in the United States Courthouse, Courtroom 3, Cedar Rapids, Iowa. The Court will now conduct this oral argument telephonically on the same date and at the same time.

**IT IS ORDERED** oral argument will be held telephonically before the undersigned on **Friday, April 24, 2020, at 2:30 p.m. CST.**

<u>The parties will access the Court's conference bridge by</u>: (1) calling 888-684-8852; (2) enter access code 2627234#; (3) Press # to enter as a participant; (4) enter security code 5825#. The Court has set aside one hour for this hearing.

**IT IS SO ORDERED** this 17th day of March, 2020.

_____
C.J. Williams
United States District Judge
Northern District of Iowa