IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RYAN LIZZA, HEARST MAGAZINES, INC., and HEARST MAGAZINE MEDIA, INC.,<br><br>　　　　　Defendants. | No. 19-cv-4064-CJW<br><br>**ORDER** |

_____

A telephonic status conference will take place before the undersigned on **Tuesday, July 7, 2020, at 1:30 p.m.** The conference will take place using the Court's conference bridge. **The parties shall access the hearing by: (1) calling 877-848-7030, (2) enter access code 9039429 #, (3) press # to enter as a participant, (4) enter security code 2450#.** The call will become active upon the "host" (the Court) entering the conference bridge.

**Failure to appear for this status conference could result in sanctions by the Court.**

**IT IS SO ORDERED** this 29th day of June, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mark A. Roberts, United States Magistrate Judge
　　　　　　　　　　　　　　　　Northern District of Iowa