# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES, Plaintiff(s) vs. RYAN LIZZA, HEARST MAGAZINES, INC. and HEARST MAGAZINE MEDIA, INC., Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 19-cv-4064-CJW<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: AMS<br>Official Court Record: FTR Gold |

| Date: | 07/07/2020 | Start: | 1:28 p.m. | Adjourn: | 1:46 p.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss | | | | | |
| | | Defendant(s): | Jonathan R. Donnellan, Nathaniel S. Boyer, and Nicholas A. Klinefeldt | | | | | |
| | | Other: | rep. of Courthouse News | | | | | |
| | | Interpreter: | | Language: | | Certified: | | Phone: |

**TYPE OF PROCEEDING:** Status Conference    Contested?    Continued from a previous date?

Motion(s):    Ruling:

Matters discussed:

The parties discussed the status of the case including potential discovery dispute and the Defendant's resisted motion to reinstate and extend the temporary stay of discovery by two months (Doc. 49). The parties' positions were heard with respect to discovery and a stay. Plaintiff vigorously resisted the Defendant's motion to stay.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Page **1** of **1**

Case 5:19-cv-04064-CJW-MAR   Document 51   Filed 07/09/20   Page 1 of 1