# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES, | No. 19-cv-4064-CJW |
| Plaintiff, | |
| vs. | **ORDER** |
| RYAN LIZZA, HEARST MAGAZINES, INC. and HEARST MAGAZINE MEDIA, INC., | |
| Defendants. | |

_____

Before me is a Resisted Motion to Reinstate and Extend the Temporary Stay of Discovery by Two Months filed by Defendants Hearst Magazine Media, Inc. and Ryan Lizza ("Defendants"). (Doc. 49.) Counsel for Plaintiff Devin G. Nunes vigorously resisted the Motion at a telephonic status conference held before me on July 7, 2020. Neither party has requested a hearing and none is necessary.

On January 21, 2020, Defendants filed a Motion to Stay Discovery and for Protective Order. (Doc. 17.) Plaintiff filed a Resistance on January 27, 2020. (Doc. 21.) Defendants filed a reply on January 27, 2020. (Doc. 22.) On February 4, 2020, I granted Defendants' motion to stay discovery until April 1, 2020. (Doc. 26.) On March 30, 2020, Defendants filed an Unresisted Motion to Extend the Temporary Stay of Discovery by 30 days. (Doc. 44.) On March 31, 2020, I stayed discovery until June 1, 2020.

The parties' positions regarding staying this case have already been addressed in the pleadings listed above. The parties were also heard regarding their positions at the status conference on July 7, 2020. Plaintiff voiced his concern regarding the delay in

1

obtaining the relief he has requested. Nevertheless, the reasoning in my order dated February 4, 2020 (Doc. 26) still applies.

For all the reasons set forth herein and the reasons stated in my order at Doc. 26, Defendants' Resisted Motion to Reinstate and Extend the Temporary Stay of Discovery by Two Months (Doc. 49) is **granted**. However, discovery is stayed until a ruling by the district court on Defendants' motion to dismiss.

**IT IS SO ORDERED** this 9th day of July, 2020.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa