IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| DEVIN G. NUNES | ) |
| Plaintiff, | ) |
| v. | ) Case No. C19-4064-CJW-MAR |
| RYAN LIZZA et al | ) |
| Defendants. | ) |

# NOTICE OF APPEAL

Appellant/Plaintiff, Devin G. Nunes, by counsel, pursuant to Title 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure ("FRAP"), hereby notes his Appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Memorandum Opinion and Order and Judgment, granting the motion to dismiss pursuant to Rules 12(b)(6) filed by defendants, Ryan Lizza and Hearst Magazine Media, Inc., entered in this action on August 5, 2020 [*ECF Nos. 53, 54*].

The names, addresses and telephone numbers of the respective attorneys for the parties to the Order/Judgment appealed from are:

1

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiff/Appellant*

-and-

Jonathan R. Donnellan, *Lead Counsel*\*
jdonnellan@hearst.com
Ravi V. Sitwala\*
rsitwala@hearst.com
Nathaniel S. Boyer\*
nathaniel.boyer@hearst.com
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 649-2030
Telephone: (212) 649-2035
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
*michael.giudicessi@faegredrinker.com*
Nicholas A. Klinefeldt
*nick.klinefeldt@faegredrinker.com*
Susan P. Elgin
*susan.elgin@faegredrinker.com*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Counsel for the Appellees*


DATED: August 14, 2020

DEVIN G. NUNES

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiff/Appellant*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiff/Appellant*