Caption For Case Number: 20-2710

August 21, 2020

District Court/Agency Case Number(s): 5:19-cv-04064-CJW

**Devin G. Nunes**

    **Plaintiff - Appellant**

v.

**Ryan Lizza**

    **Defendant - Appellee**

**Hearst Magazines, Inc.**

    **Defendant**

**Hearst Magazine Media, Inc.**

    **Defendant - Appellee**