# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 21, 2020

Mr. Steven Scott Biss
BISS LAW OFFICE
Suite 102
300 W. Main Street
Charlottesville, VA  22903

    RE:  20-2710  Devin Nunes v. Ryan Lizza, et al

Dear Mr. Biss,

    Please be advised the parties to this case have been corrected and the caption revised to include Hearst Magazine Media, Inc. as an appellee.

    Should you require additional assistance, please do not hesitate to contact our office.

    Michael E. Gans
    Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Nathaniel Scott Boyer
       Mr.  Clerk, U.S. District Court, Northern Iowa
       Mr. Jonathan R. Donnellan
       Ms. Susan Patricia Elgin
       Mr. Joseph M. Feller
       Mr. Michael Giudicessi
       Mr. Nicholas A. Klinefeldt
       Mr. Ravi V. Sitwala

    District Court/Agency Case Number(s):   5:19-cv-04064-CJW