# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2710

Devin G. Nunes

Appellant

v.

Ryan Lizza

Appellee

Hearst Magazines, Inc.

Hearst Magazine Media, Inc.

Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:19-cv-04064-CJW)

---

**ORDER**

The motion for leave to file an amicus brief in support of Appellees' petition for rehearing en banc is granted.

November 03, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Michael E. Gans