# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2710

Devin G. Nunes

Appellant

v.

Ryan Lizza

Appellee

Hearst Magazines, Inc.

Hearst Magazine Media, Inc.

Appellee

------------------------------

35 National and Local Media Organizations and Journalists, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:19-cv-04064-CJW)

___

**ORDER**

The order entered on November 3, 2021, is withdrawn. The motion for leave to file an amicus brief in support of rehearing is denied. *See* 8th Cir. R. 29A(a).

November 05, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans