IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Devin G. Nunes,** | Case No. 5:19-cv-04064-CJW-MAR |
| Plaintiff, | |
| v. | **Joint Unresisted Motion** |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | **for Entry of Protective Order** |
| Defendants. | |

Plaintiff Devin G. Nunes and Defendants Ryan Lizza and Hearst Magazine Media, Inc., through their undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, jointly request that the Court issue an Order adopting and entering the parties' proposed protective order regarding the production and treatment of confidential information, which is attached hereto (the "Proposed Protective Order"). In support of this unresisted Motion, the parties jointly state:

1. Plaintiff's Amended Complaint alleges that Defendants defamed him and conspired with others to do so. Defendants deny Plaintiff's allegations.

2. Based upon the nature of their respective claims and defenses, Plaintiff and Defendants agree that it may become necessary for one party to disclose information to the other that the disclosing party considers confidential or highly sensitive.

3. Plaintiff and Defendants have agreed upon the terms of the Proposed Protective Order to provide a mechanism for the disclosing parties to designate documents, transcripts, and other discovery materials as "confidential" or "counsel's eyes only."

4. The Proposed Protective Order is substantively identical to the protective order entered by the Court in *NuStar Farms, LLC et al. v. Lizza et al.*, No. 5:20-cv-04003-CJW-MAR (N.D. Iowa) ("*NuStar*"), ECF No. 63 (the "*NuStar* Protective Order"), except that (i) the first paragraph of the *NuStar* Protective Order has been removed, and (ii) the last sentence of the ninth paragraph of the *NuStar* Protective Order has been removed. For the Court's reference, the Parties will email to chambers a copy of the protective order that shows, in redline, the differences between the *NuStar* protective order and that proposed here.

5. The parties agree that having a substantively identical protective order in both *NuStar* and this case promotes efficiency, as it will facilitate documents and information produced or discovery taken in either case being treated as having been produced or taken in the other case, with the parties and counsel bound by common confidentiality obligations regardless.

6. That said, the parties are discussing what materials may be appropriately filed under seal in these cases, regardless of the confidentiality designations a party has assigned to the documents or information. This may result in either or both parties seeking to clarify or modify the protective orders in both *NuStar* and this case. The parties join in this motion without prejudice to their right to seek such further relief.

7. Pursuant to Local Rule 7(k), the parties have conferred in good faith and consent to, and join together in, this motion.

8. The parties respectfully request that the Court issue an Order adopting and entering the attached Proposed Protective Order, such that the parties and the Court can enforce its terms as necessary.

WHEREFORE, the parties respectfully request that the Court issue an Order adopting and entering the Stipulated Protective Order attached to this Motion as Exhibit A.

Dated: January 25, 2022

Respectfully Submitted,

| | |
|---|---|
| **Devin G. Nunes,** | **Ryan Lizza and Hearst Magazine Media, Inc., Defendants** |
| By: /s/ Steven S. Biss | By: /s/ Nathaniel S. Boyer |
| Steven S. Biss (VSB # 32972) | Jonathan R. Donnellan, *Lead Counsel*\* |
| 300 West Main Street, Suite 102 | jdonnellan@hearst.com |
| Charlottesville, Virginia 22903 | Ravi V. Sitwala\* |
| Telephone: (804) 501-8272 | rsitwala@hearst.com |
| Facsimile: (202) 318-4098 | Nathaniel S. Boyer\* |
| Email: stevenbiss@earthlink.net | nathaniel.boyer@hearst.com |
| (*Admitted Pro Hac Vice*) | Sarah S. Park\* |
| | sarah.park@hearst.com |
| William F. McGinn #24477 | Nina Shah\* |
| McGINN LAW FIRM | nina.shah@hearst.com |
| 20 North 16th Street | Kristen Hauser\* |
| Council Bluffs, Iowa 51501 | khauser@hearst.com |
| Telephone: (712) 328-1566 | The Hearst Corporation |
| Facsimile: (712) 328-3707 | Office of General Counsel |
| Email: bmcginn@themcginnlawfirm.com | 300 West 57th Street |
| | New York, New York 10019 |
| | Telephone: (212) 841-7000 |
| | Facsimile: (212) 554-7000 |
| *Counsel for the Plaintiff* | |
| | *\*Admitted Pro Hac Vice* |
| | |
| | Michael A. Giudicessi |
| | michael.giudicessi@faegredrinker.com |
| | Nicholas A. Klinefeldt |
| | nick.klinefeldt@faegredrinker.com |
| | Susan P. Elgin |
| | susan.elgin@faegredrinker.com |
| | Faegre Drinker Biddle & Reath LLP |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309-8003 |
| | Telephone: (515) 248-9000 |
| | Facsimile: (515) 248-9010 |
| | |
| | *Attorneys for Defendants* |

## Certificate of Service

The undersigned certifies that a true copy of **Joint Unresisted Motion for Entry of Protective Order** was served upon the following parties through the Court's CM/ECF electronic filing system on January 25, 2022.

                                                                              /s/ Nathaniel S. Boyer

Copy to:

William F. McGinn
 *bmcginn@themcginnlawfirm.com*

Steven S. Biss
 *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*