IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| **Devin G. Nunes,** | ) | Case No. 5:19-cv-04064-CJW-MAR |
| Plaintiff, | ) | |
| v. | ) | |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | ) | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | ) | |
| v. | ) | |
| **Ryan Lizza and Hearst Magazine Media, Inc.,** | ) | |
| Defendants. | ) | |

**Defendants' Notice of Supplemental Authority**

For consideration in connection with their Resistance (ECF No. 87, "Res.") to Plaintiff Devin Nunes's Motion for Leave to File a Second Amended Complaint, Defendants Ryan Lizza and Hearst Magazine Media, Inc. submit this notice of important supplemental authority.

Yesterday, the United States Court of Appeals for the Second Circuit entered an opinion (the "Second Circuit Opinion," or "CA2 Op.") in *Nunes v. Cable News Network, Inc.*, No. 21-637. A copy is attached hereto as **Exhibit A**. The Second Circuit Opinion affirmed the judgment of the district court in *Nunes v. Cable News Network, Inc.*, 520 F. Supp. 3d 549 (S.D.N.Y. 2021), dismissing Devin Nunes's libel case with prejudice. *See also* Res. 16 (citing to

the district court's decision). Notably, the Court affirmed the district court's ruling that California law applies to Devin Nunes's claim for defamation, holding that California is the state where he suffered the greatest reputational injury, *see* CA Op. 13, 24, and that Nunes failed to comply with California's retraction statute or plead special damages with the necessary specificity under Fed. R. Civ. P. 9(g), *see* CA2 Op. 31-32.

*[signature block on next page]*

Dated: April 15, 2022.

**Ryan Lizza and Hearst Magazine Media, Inc., Defendants**

/s/ Nathaniel S. Boyer
Jonathan R. Donnellan, *Lead Counsel*\*
  jdonnellan@hearst.com
Ravi R. Sitwala\*
  rsitwala@hearst.com
Nathaniel S. Boyer\*
  nathaniel.boyer@hearst.com
Sarah S. Park\*
  sarah.park@hearst.com
Nina Shah\*
  nina.shah@hearst.com
Kristen Hauser
  khauser@hearst.com
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Michael A. Giudicessi
  michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
  nick.klinefeldt@faegredrinker.com
Susan P. Elgin
  susan.elgin@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Scott W. Wright\*
  scott.wright@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center/90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*\*Admitted Pro Hac Vice*

**Attorneys for Defendants**

## Certificate of Service

       The undersigned certifies that a true copy of **Defendants' Notice of Supplemental Authority** was served upon the following parties through the Court's CM/ECF electronic filing system on April 15, 2022.

                                                      /s/ Nathaniel S. Boyer
Copy to:                                         Nathaniel S. Boyer

Bill McGinn
  bmcginn@mcginnlawfirm.com
Steven S. Biss
  stevenbiss@earthlink.net

*Attorneys for Plaintiffs*