# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

DEVIN G. NUNES,
   Plaintiff,
vs.
RYAN LIZZA, HEARST MAGAZINES, INC., and HEARST MAGAZINE MEDIA, INC.,
   Defendants.

ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,
   Plaintiffs,
vs.
RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,
   Defendants.

**HEARING MINUTES**    Sealed: No
Case No.: 19-CV-4064-CJW and 20-CV-4003-CJW
Presiding Judge: Mark A. Roberts
Deputy Clerk: AMS

Official Court Record: FTR Gold

| Date: | 08/16/2022 | Start: | 9:00 a.m. | Adjourn: | 10:03 a.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss and William F. McGinn | | | | | |
| | | Defendant(s): | Nathanial S. Boyer, Ravi V. Sitwala, and Nicholas A. Klinefeldt | | | | | |
| | | U.S. Probation: | | | | | | |
| | | Interpreter: | | Language: | | Certified: | Phone: | |

**TYPE OF PROCEEDING:**    Status Conference    Contested?    Continued from a previous date?

Motion(s):      Ruling:

Matters discussed:

The parties discussed their views on current discovery issues. Judge Roberts directed the parties on how to proceed on numerous issues. No order to follow.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**