# Exhibit C

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 5:19-cv-4064-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al* | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NUSTAR FARMS, LLC *et al* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 5:20-cv-04003-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al* | ) | |
| | ) | |
| Defendants. | ) | |

# **PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Plaintiffs, Devin G. Nunes ("Devin Nunes"), NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr. ("Anthony") and Anthony Nunes, III ("Anthony III") (collectively, the "Plaintiffs"), by counsel, pursuant to Rule 26(a)(1)(i) and Rule 26(e) Fed. R. Civ. Pro. ("FRCP"), provide the following Amended and Supplemental Disclosures:

1

Plaintiffs restate and incorporate herein by reference (a) NuStar, Anthony and Anthony III's (collectively, the "NuStar Plaintiffs") amended and restated disclosures dated July 29, 2021, and (b) Plaintiffs' amended and supplemental disclosures dated August 25, 2022, and Plaintiffs supplement as follows:

1. *Individuals Likely to Have Discoverable Information*. The following additional persons are likely to have discoverable information that Plaintiffs may use to support the allegations and claims in Devin Nunes's Third Amended Complaint and the NuStar Plaintiffs' Third Amended Complaint [*ECF Nos. 104, 189*]:

    l. <u>Republican Leadership, including Republican Members of the House Permanent Select Committee on Intelligence ("HPSCI") and Republican Members of the Ways and Means Committee</u>. Devin Nunes spoke with several Republican leaders, including Republican members of HPSCI and Ways and Means, about the Defendants' defamatory implications. These Republican colleagues had concerns when they first learned about the libelous accusations. Devin Nunes intends to identify the names of several individuals at his deposition. These Republican Congressmen have knowledge of the injury to Devin Nunes's reputation caused by the Defendants' false statements and defamatory implications.

Plaintiffs reserve the right to amend and supplement these Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: August 26, 2022

2

Case 5:19-cv-04064-CJW-MAR   Document 113-5   Filed 10/07/22   Page 3 of 5

DEVIN G. NUNES
NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: /s/ Steven S. Biss
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone: (804) 501-8272
    Facsimile: (202) 318-4098
    Email: stevenbiss@earthlink.net
    (*Admitted Pro Hac Vice*)

    William F. McGinn #24477
    McGINN LAW FIRM
    20 North 16th Street
    Council Bluffs, Iowa 51501
    Telephone: (712) 328-1566
    Facsimile: (712) 328-3707
    Email: bmcginn@themcginnlawfirm.com

    *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022 a copy of the foregoing was served electronically in PDF upon counsel for the Defendants.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*