# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| Plaintiff, | ) | |
| v. | ) | Case 5:19-cv-4064-CJW-MAR |
| RYAN LIZZA *et al* | ) | |
| Defendants. | ) | |
| NUSTAR FARMS, LLC *et al* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case 5:20-cv-04003-CJW-MAR |
| RYAN LIZZA *et al* | ) | |
| Defendants. | ) | |

# **PLAINTIFFS' SUPPLEMENT TO RULE 26(a)(1)(i) DISCLOSURES**

Plaintiffs, Devin G. Nunes ("Devin Nunes"), NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr. ("Anthony") and Anthony Nunes, III ("Anthony III") (collectively, the "Plaintiffs"), by counsel, pursuant to Rule 26(e) Fed. R. Civ. Pro. ("FRCP"), provide the following Supplement to their August 26, 2022 Rule 26(a)(1)(i) disclosures ("Disclosures"):

1

Plaintiffs restate and incorporate herein by reference (a) NuStar, Anthony and Anthony III's (collectively, the "NuStar Plaintiffs") amended and restated disclosures dated July 29, 2021, (b) Plaintiffs' August 25, 2022 amended and supplemental disclosures, and (c) Plaintiffs' August 26, 2022 Disclosures:

1. *Individuals Likely to Have Discoverable Information*. The following additional persons are likely to have discoverable information that Plaintiffs may use to support the allegations and claims in Devin Nunes's Third Amended Complaint and the NuStar Plaintiffs' Third Amended Complaint [*ECF Nos. 104, 189*]:

l. <u>Republican Leadership, including Republican Members of the House Permanent Select Committee on Intelligence ("HPSCI") and Republican Members of the Ways and Means Committee</u>. Devin Nunes spoke with several Republican leaders, including Republican members of HPSCI and Ways and Means, about the Defendants' defamatory implications. These Republican colleagues had concerns when they first learned about the libelous accusations. The following individuals have knowledge of the injury to Devin Nunes's reputation caused by the Defendants' false statements and defamatory implications:

- Randy Feenstra, https://feenstra.house.gov/;
- Trey Gowdy, https://www.treygowdy.com/;
- George Holding, https://www.blackstone.com/people/george-holding/;
- Jim Jordan, https://jordan.house.gov/;
- Darin LaHood, https://lahood.house.gov/;
- Kevin McCarthy, https://kevinmccarthy.house.gov/;
- John Ratcliffe, https://john-ratcliffe.com/;
- Steve Scalise, https://scalise.house.gov/;
- Elise Stefanik, https://stefanik.house.gov/;
- Chris Stewart, https://stewart.house.gov/;
- Brad Wenstrup, https://wenstrup.house.gov/.

Plaintiffs reserve the right to amend and supplement these Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: September 1, 2022

        DEVIN G. NUNES
        NUSTAR FARMS, LLC
        ANTHONY NUNES, JR.
        ANTHONY NUNES, III

By: */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone: (804) 501-8272
        Facsimile: (202) 318-4098
        Email: stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        William F. McGinn #24477
        McGINN LAW FIRM
        20 North 16th Street
        Council Bluffs, Iowa 51501
        Telephone: (712) 328-1566
        Facsimile: (712) 328-3707
        Email: bmcginn@themcginnlawfirm.com

        *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022 a copy of the foregoing was served electronically in PDF upon counsel for the Defendants.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*