# Exhibit G



[https://www.treygowdy.com/new-page-1](https://www.treygowdy.com/new-page-1), last visited Oct. 6, 2022







https://john-ratcliffe.com/contact/, last visited Oct. 6, 2022