# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 5:19-cv-4064-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NUSTAR FARMS, LLC *et al* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 5:20-cv-04003-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al* | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Plaintiffs, Devin G. Nunes ("Devin Nunes"), NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr. ("Anthony") and Anthony Nunes, III ("Anthony III") (collectively, the "Plaintiffs"), by counsel, pursuant to Rule 26(a)(1)(i) and Rule 26(e) Fed. R. Civ. Pro. ("FRCP"), provide the following Amended and Supplemental Disclosures:

1

Plaintiffs restate and incorporate herein by reference (a) NuStar, Anthony and Anthony III's (collectively, the "NuStar Plaintiffs") amended and restated disclosures dated July 29, 2021, and (b) Plaintiffs' amended and supplemental disclosures dated August 25, 2022, as supplemented, and Plaintiffs supplement as follows:

1. *Individuals Likely to Have Discoverable Information*. The following additional persons are likely to have discoverable information that Plaintiffs may use to support the allegations and claims in Devin Nunes's Third Amended Complaint and the NuStar Plaintiffs' Third Amended Complaint [*ECF Nos. 104, 189*]:

   m. Matt Butler, https://www.ezp.biz/who-we-are/. Mr. Butler has knowledge of the publication and republication of the Lizza hit piece, and the injury to Devin Nunes's reputation caused by Defendants' false statements and defamatory implications. Plaintiffs restate and incorporate herein by reference Devin Nunes's deposition testimony regarding Mr. Butler.

   n. Jack Langer, https://conway.house.gov/. Mr. Langer has knowledge of the publication and republication of the Lizza hit piece, and the injury to Devin Nunes's reputation caused by Defendants' false statements and defamatory implications. Plaintiffs restate and incorporate herein by reference Devin Nunes's deposition testimony regarding Mr. Langer.

Plaintiffs reserve the right to amend and supplement these Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: September 12, 2022

DEVIN G. NUNES
NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022 a copy of the foregoing was served electronically in PDF upon counsel for the Defendants.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*