# Exhibit I

| | |
|---|---|
| **From:** | Steven S. Biss <stevenbiss@earthlink.net> |
| **Sent:** | Monday, September 26, 2022 1:47 PM |
| **To:** | Donnellan, Jonathan; Sitwala, Ravi; Hauser, Kristen; Park, Sarah; Shah, Nina; Boyer, Nathaniel; Michael A. Giudicessi; Nicholas A. Klinefeldt |
| **Cc:** | Bill McGinn |
| **Subject:** | [EXTERNAL] List of Witnesses |

Jonathan,

Per Judge Roberts' direction, and without waiver of the right to call at trial any witness identified by Devin Nunes and/or the NuStar Plaintiffs during the discovery process, we will narrow the list of eleven Republican Leaders, whose specific names were disclosed on September 1, 2022 in a supplemental discovery response, to the following five (5):

1. Randy Feenstra;
2. Trey Gowdy;
3. George Holding;
4. Kevin McCarthy;
5. John Ratcliffe.

Let me know ASAP if you intend to depose any of the above individuals. To the extent that you are unable to reach a witness, we would be happy to facilitate contact.

Call or email me if you have any questions.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.