| | | |
|---|---|---|
| **Devin G. Nunes,** | ) | **Case No. 5:19-cv-04064-CJW-MAR** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Ryan Lizza, Hearst Magazines, Inc., and Hearst Magazine Media, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | ) | **Case No. 5:20-cv-04003-CJW-MAR** |
| | ) | |
| Plaintiffs, | ) | **Defendants' Appendix in Support of Their Resisted Motion for Summary Judgment Against Plaintiffs Devin G. Nunes, NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III** |
| | ) | |
| v. | ) | |
| | ) | |
| **Ryan Lizza and Hearst Magazine Media, Inc.,** | ) | **(Oral Argument Requested)** |
| | ) | |
| Defendants. | ) | **\*Certain Exhibits Filed Under Seal\*** |
| | ) | |

Defendants Ryan Lizza ("Lizza") and Hearst Magazine Media, Inc. ("Hearst") (collectively "Defendants"), by and through their undersigned counsel, file this Appendix in Support of Their Resisted Motion for Summary Judgment Against Plaintiffs Devin G. Nunes, NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III ("Appendix") in part pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.

The Appendix contains the summary judgment record consisting of testimony, evidence, and tabbed documentary exhibits referenced in Defendants' Motion for Summary Judgment, their Brief in Support of Their Motion for Summary Judgment, and their Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment.

| Exhibit | Description of Documents | Page |
|---------|--------------------------|------|
| A | Deposition of Father James Callahan dated 4/27/21 | 1-29 |
| B | Deposition of Source 1 dated 5/10/21 | 30-100 |
| C | Deposition of ███. dated 5/12/21 *(filed under seal pursuant to Protective Order, Nunes, ECF No. 92; NuStar ECF No. 63) [hereinafter, "Protective Order"])* | 101-122 |
| D | Deposition of Anthony Nunes, III (and as F.R.C.P. 30(b)(6) corporate representative of NuStar) dated 7/14/21 *(filed under seal pursuant to Protective Order)* | 123-226 |
| E | Deposition of Anthony Nunes, Jr. dated 7/15/21 *(filed under seal pursuant to Protective Order)* | 227-288 |
| F | Deposition of Lori Nunes dated 7/16/21 *(filed under seal pursuant to Protective Order)* | 289-359 |
| G | Deposition of Toni Dian Nunes dated 7/19/21 *(filed under seal pursuant to Protective Order)* | 360-398 |
| H | Deposition of Ryan Lizza dated 7/23/21 | 399-472 |
| I | Deposition of Devin G. Nunes dated 8/10/21 | 473-527 |
| J | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 528-533 |
| K | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 534-538 |
| L | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 539-543 |
| M | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 544-549 |
| N | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 550-555 |
| O | Deposition of ███ dated 8/12/21 *(filed under seal pursuant to Protective Order)* | 556-562 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| P | Deposition of Clete Samson dated 9/8/21 *(filed under seal pursuant to Protective Order)* | 563-643 |
| Q | Deposition of Amanda J. Bahena dated 2/22/22 *(filed under seal pursuant to Protective Order)* | 644-687 |
| R | Deposition of Gerald Nunes dated 8/17/22 | 688-705 |
| S | Deposition of Devin G. Nunes dated 9/9/22 | 706-774 |
| T | Deposition of Ryan Lizza dated 9/14/22 | 775-830 |
| U | Subpoena and Subpoena Duces Tecum to ███ (Defendants' Deposition Exhibit ("Def. Dep. Ex.") 2) | 831-833 |
| V | ███████████████████ (Def. Dep. Ex. 6) *(filed under seal pursuant to Protective Order)* | 834-837 |
| W | Defendants' Amended Notice of Video Recorded Deposition NuStar Farms, LLC (Def. Dep. Ex. 7) | 838-846 |
| X | NuStar Plaintiffs' Response to Defendants' Interrogatory No. 1, Nustar Farms Verified Employees/Workers Supplement (Def. Dep. Ex. 9) *(filed under seal pursuant to Protective Order)* | 847-883 |
| Y | Jerry Nelson, *Nunes Family Moves to Iowa to Carve Out a New Life in Dairy Farming,* DAIRY STAR, June 16, 2009 (Def. Dep. Ex. 10) | 884-885 |
| Z | Summary of Farm Workforce Modernization Act of 2021 (Def. Dep. Ex. 11) (also available at https://lofgren.house.gov/sites/lofgren.house.gov/files/3.3.21%20-%20Farm%20Workforce%20Modernization--Two%20Pager.pdf) | 886-887 |
| AA | NuStar Farms, LLC Financial Statements and Independent Accountant's Review Report 12/31/15 through 12/31/20 (Def. Dep. Ex. 12) *(filed under seal pursuant to Protective Order)* | 888-971 |
| BB | ████████████████████ (Def. Dep. Ex. 13) *(filed under seal pursuant to Protective Order)* | 972-975 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | | |
| CC | USCIS Policy Manual: ICE Guidelines regarding Adjustment of Status to Lawful Permanent Resident (Def. Dep. Ex. 14) | 976-978 |
| DD | ████████████████████ (Def. Dep. Ex. 15) *(filed under seal pursuant to Protective Order)* | 979-981 |
| EE | City of Bell Property Information Map (Def. Dep. Ex. 16) | 982 |
| FF | ████████ (Def. Dep. Ex. 17) *(filed under seal pursuant to Protective Order)* | 983-984 |
| GG | ████████████ (Def. Dep. Ex. 18) *(filed under seal pursuant to Protective Order)* | 985-986 |
| HH | Iowa Workforce Development Employer's Contribution and Payroll Report for NuStar Farms for Q1-Q4 2018 dated 11/09/2020 (Def. Dep. Ex. 19) *(filed under seal pursuant to Protective Order)* | 987-1026 |
| II | ████████████████ (Def. Dep. Ex. 20) *(filed under seal pursuant to Protective Order)* | 1027-1029 |
| JJ | ████████████████ (Def. Dep. Ex. 21) *(filed under seal pursuant to Protective Order)* | 1030-1032 |
| KK | ████████████████ (Def. Dep. Ex. 23) *(filed under seal pursuant to Protective Order)* | 1033-1035 |
| LL | ████████████████ (Def. Dep. Ex. 25) *(filed under seal pursuant to Protective Order)* | 1036-1038 |
| MM | ████████████ (Def. Dep. Ex. 26) *(filed under seal pursuant to Protective Order)* | 1039-1042 |
| NN | ████████████ (Def. Dep. Ex. 27) *(filed under seal pursuant to Protective Order)* | 1043-1045 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| OO | ██████████████████████ (Def. Dep. Ex. 28) *(filed under seal pursuant to Protective Order)* | 1046-1048 |
| PP | ████. ████████████████ (Def. Dep. Ex. 29) *(filed under seal pursuant to Protective Order)* | 1049-1051 |
| QQ | ████████████████████ (Def. Dep. Ex. 30) *(filed under seal pursuant to Protective Order)* | 1052-1055 |
| RR | ████████████████████ (Def. Dep. Ex. 31) *(filed under seal pursuant to Protective Order)* | 1056-1058 |
| SS | ████████████████████ (Def. Dep. Ex. 32) *(filed under seal pursuant to Protective Order)* | 1059-1062 |
| TT | ████████████████████ (Def. Dep. Ex. 33) *(filed under seal pursuant to Protective Order)* | 1063-1066 |
| UU | ██████████████ (Def. Dep. Ex. 34) *(filed under seal pursuant to Protective Order)* | 1067-1070 |
| VV | ██████████████ (Def. Dep. Ex. 35) *(filed under seal pursuant to Protective Order)* | 1071-1073 |
| WW | ████████████████ (Def. Dep. Ex. 36) *(filed under seal pursuant to Protective Order)* | 1074-1077 |
| XX | ██████████████████ (Def. Dep. Ex. 37) *(filed under seal pursuant to Protective Order)* | 1078-1081 |
| YY | ██████████████████████████ (Def. Dep. Ex. 38) *(filed under seal pursuant to Protective Order)* | 1082-1089 |
| ZZ | ██████████████████████████ (Def. Dep. Ex. 39) *(filed under seal pursuant to Protective Order)* | 1090-1097 |
| AAA | NuStar Farms, LLC Employees/Workers Chart (produced by U.S. Social Security Administration) | 1098-1106 |

| Exhibit | Description of Documents | Page |
|---------|------------------------|------|
| | (Def. Dep. Ex. 40) *(filed under seal pursuant to Protective Order)* | |
| BBB | ██████████████ (Def. Dep. Ex. 44) *(filed under seal pursuant to Protective Order)* | 1107-1108 |
| CCC | Certified copy of Motion for Bench Warrant, *Iowa v.* ██ Dist. Ct., Osceola Cty. (Def. Dep. Ex. 45) | 1109-1110 |
| DDD | ██████████████████ (Def. Dep. Ex. 46) *(filed under seal pursuant to Protective Order)* | 1111-1114 |
| EEE | Audio File (Lizza_01062) of Anthony Nunes Jr. outside his home (Def. Dep. Ex. 49) *(mailed to the Court's chambers and Plaintiffs' counsel)* | 1115 |
| FFF | ██████████████ (Def. Dep. Ex. 53) *(filed under seal pursuant to Protective Order)* | 1116-1118 |
| GGG | ██████████████ (Def. Dep. Ex. 54) *(filed under seal pursuant to Protective Order)* | 1119-1122 |
| HHH | ██████████████ (Def. Dep. Ex. 56) *(filed under seal pursuant to Protective Order)* | 1123-1126 |
| III | ██████████████ (Def. Dep. Ex. 57) *(filed under seal pursuant to Protective Order)* | 1127-1130 |
| JJJ | Employer Correction Request Notices - Social Security, https://www.ssa.gov/employer/notices.html, last visited 7/16/2021 (Def. Dep. Ex. 58) | 1131-1135 |
| KKK | Questions Employers Ask for the Employee Correction Request Notice (Def. Dep. Ex. 59) | 1136-1156 |
| LLL | Operating Agreement of NuStar Farms, LLC (Def. Dep. Ex. 60) | 1157-1172 |
| MMM | ██████████████ (Def. Dep. Ex. 62) *(filed under seal pursuant to Protective Order)* | 1173-1176 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| NNN | Summary of Farm Workforce Modernization Act of 2019 (Def. Dep. Ex. 74) (also available at https://lofgren.house.gov/sites/lofgren.house.gov/files/Bipartisan%20Farm%20Workforce%20Modernization%20Act%20-%20One%20Pager.pdf) | 1177-1178 |
| OOO | Congress.Gov H.R.5038 – List of Sponsors of Farm Workforce Modernization Act of 2019 (Def. Dep. Ex. 75) (also available at https://www.congress.gov/bill/116th-congress/house-bill/5038/cosponsors?r=12&s=1) | 1179-1181 |
| PPP | Plaintiffs' Rule 26(a)(2) Rebuttal Expert Disclosures and Clete P. Samson Report (Def. Dep. Ex. 86) *(filed under seal pursuant to Protective Order)* | 1182-1201 |
| QQQ | Employment Eligibility Verification Form I-9 (blank) (Def. Dep. Ex. 89) | 1202-1204 |
| RRR | Instruction for Form I-9 (Def. Dep. Ex. 90) | 1205-1219 |
| SSS | Excerpt of U.S. Citizenship and Immigration Services – Handbook for Employers M-274 (Def. Dep. Ex. 91) | 1220-1221 |
| TTT | ████ ███ (Def. Dep. Ex. 109) *(filed under seal pursuant to Protective Order)* | 1222-1225 |
| UUU | Email from ████████ dated Oct. 2, 2018 (Def. Dep. Ex. 120) *(filed under seal pursuant to Protective Order)* | 1226-1235 |
| VVV | ████████████ (Def. Dep. Ex. 121) *(filed under seal pursuant to Protective Order)* | 1236-1237 |
| WWW | ████████ (Def. Dep. Ex. 122) *(filed under seal pursuant to Protective Order)* | 1238-1241 |
| XXX | ████████ (Def. Dep. Ex. 123) *(filed under seal pursuant to Protective Order)* | 1242-1245 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| YYY | ███ ████████████ (Def. Dep. Ex. 124) *(filed under seal pursuant to Protective Order)* | 1246-1247 |
| ZZZ | ███ ████████████████ Def. Dep. Ex. 125) *(filed under seal pursuant to Protective Order)* | 1248-1251 |
| AAAA | ███ ███████████████████ (Def. Dep. Ex. 126) *(filed under seal pursuant to Protective Order)* | 1252-1257 |
| BBBB | ███ ██████████████ (Def. Dep. Ex. 127) *(filed under seal pursuant to Protective Order)* | 1258-1259 |
| CCCC | ███ ██████████████ (Def. Dep. Ex. 128) *(filed under seal pursuant to Protective Order)* | 1260-1261 |
| DDDD | ███████████████████████ (Def. Dep. Ex. 129) *(filed under seal pursuant to Protective Order)* | 1262-1265 |
| EEEE | ██████████████████ (Def. Dep. Ex. 130) *(filed under seal pursuant to Protective Order)* | 1266-1267 |
| FFFF | ███ █████████████████ (Def. Dep. Ex. 131) *(filed under seal pursuant to Protective Order)* | 1268-1271 |
| GGGG | ███████████████ (Def. Dep. Ex. 132) *(filed under seal pursuant to Protective Order)* | 1272 |
| HHHH | ███ ███████████████████ (Def. Dep. Ex. 133) *(filed under seal pursuant to Protective Order)* | 1273-1278 |
| IIII | ███ ██████████ (Def. Dep. Ex. 134) *(filed under seal pursuant to Protective Order)* | 1279-1280 |
| JJJJ | Respondent Gerald Nunes' Brief in Support of Enforcement of Buy-Sell Agreement, dated March 20, 2015, *In the Matter of Nunes & Sons, Inc., a California Corporation*, No. 259943 (Cal. Sup. Ct., Tulare Cnty.) (Def. Dep. Ex. 138) | 1281-1292 |
| KKKK | Devin Nunes ████████████████ (Def. Dep. Ex. 141) *(filed under seal pursuant to Protective Order)* | 1293-1308 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| LLLL | *Devin Nunes Family Farm is Hiding a Politically Explosive Secret*, ESQUIRE, Sept. 30, 2018 (Plaintiffs' Deposition Exhibit ("Pl. Dep. Ex.") 01) (also available at https://www.esquire.com/news-politics/a23471864/devin-nunes-family-farm-iowa-california/, last visited 10/25/2022) | 1309-1328 |
| MMMM | Audio Recording of Callahan Interview (Pl. Dep. Ex. 02) *(mailed to the Court's chambers and Plaintiffs' counsel) (filed under seal pursuant to Protective Order)* | 1329 |
| NNNN | Audio File Lizza_01030 of Source 2 Interview (Pl. Dep. Ex. 13) *(mailed to the Court's chambers and Plaintiffs' counsel) (filed under seal pursuant to Protective Order)* | 1330 |
| OOOO | ████████ (unmarked copy of Pl. Dep. Ex. 14) *(filed under seal pursuant to Protective Order)* | 1331-1334 |
| PPPP | Audio File Lizza_01035 of Source 1 Interview (Pl. Dep. Ex. 15) *(mailed to the Court's chambers and Plaintiffs' counsel) (filed under seal pursuant to Protective Order)* | 1335 |
| QQQQ | Audio File Lizza_01036 of Source 1 Interview (Pl. Dep. Ex. 16) *(mailed to the Court's chambers and Plaintiffs' counsel) (filed under seal pursuant to Protective Order)* | 1336 |
| RRRR | Audio File Lizza_01028 of ████ Interview (Pl. Dep. Ex. 24) *(mailed to the Court's chambers and Plaintiffs' counsel) (filed under seal pursuant to Protective Order)* | 1337 |
| SSSS | Declaration of Claude Arnold dated Sept. 10, 2021, including July 30, 2021 Expert Report *(filed under seal pursuant to Protective Order)* | 1338-1396 |
| TTTT | Declaration of Philip Martin dated Sept. 10, 2021, including July 30, 2021 Expert Report | 1397-1472 |

| Exhibit | Description of Documents | Page |
|---------|-------------------------|------|
| UUUU | Declaration of Mark J. Hosfield dated Sept. 11, 2021, including July 30, 2021 Expert Report *(filed under seal pursuant to Protective Order)* | 1473-1538 |
| VVVV | Declaration of Mark J. Hosfield dated Oct. 14, 2022, including July 25, 2022 Expert Report | 1539-1582 |
| WWWW | Declaration of Devin Nunes, dated August 24, 2018, in the matter *Bauxman, et al. v. Padilla, et al.*, No. 34-2018-80002948, (Cal. Sup. Ct., Sacramento Cnty.) | 1583-1588 |
| XXXX | Opposition to Petition for Writ of Mandate (by Devin Nunes as Real Party in Interest), dated August 24, 2018, in the matter *Bauxman, et al. v. Padilla, et al.*, No. 34-2018-80002948, (Cal. Sup. Ct., Sacramento Cnty.) | 1589-1600 |
| YYYY | Verified Petition for Writ of Mandate, dated August 8, 2018, in the matter *Bauxman, et al. v. Padilla*, et al., No. 34-2018-80002948, (Cal. Sup. Ct., Sacramento Cnty.) | 1601-1612 |
| ZZZZ | Memorandum of Points and Authorities in Support of Verified Petition for Writ of Mandate, dated August 13, 2018, in the matter *Bauxman, et al. v. Padilla, et al.*, No. 34-2018-80002948, (Cal. Sup. Ct., Sacramento Cnty.) | 1613-1623 |
| AAAAA | Plaintiff Devin G. Nunes Objections and Responses to Defendants' Request for Production of Documents, dated April 11, 2022 | 1624-1650 |
| BBBBB | Plaintiff Devin G. Nunes Objections and Responses to Defendants' Interrogatories, dated July 11, 2022 | 1651-1659 |
| CCCCC | NuStar Plaintiffs' Objections and Responses to Defendants' Request for Production of Documents, dated April 14, 2022 | 1660-1668 |
| DDDDD | NuStar Plaintiffs' Objections and Responses to Defendants' Second Interrogatories, dated July 11, 2022 | 1669-1674 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| EEEEE | NuStar Plaintiffs' Amended and Supplemental Answer to Interrogatory 1, dated August 26, 2022, and NuStar Employees Workers Supplement, dated August 26, 2022 *(filed under seal pursuant to Protective Order)* | 1675-1717 |
| FFFFF | ██████████████████████ produced by NuStar Plaintiffs bearing Bates numbers PX 3719-3722 *(filed under seal pursuant to Protective Order)* | 1718-1721 |
| GGGGG | ████████████████████ produced by NuStar Plaintiffs bearing Bates numbers Bates PX 4191-4193 *(filed under seal pursuant to Protective Order)* | 1722-1724 |
| HHHHH | █████████████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 4151-4154 *(filed under seal pursuant to Protective Order)* | 1725-1728 |
| IIIII | ██████████████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 2998-3001 *(filed under seal pursuant to Protective Order)* | 1729-1732 |
| JJJJJ | Email from Steven Biss to Nathaniel Boyer, dated May 6, 2021 | 1733-1739 |
| KKKKK | ██████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 3085, 3006-3009 *(filed under seal pursuant to Protective Order)* | 1740-1744 |
| LLLLL | ██████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 3256-3259 *(filed under seal pursuant to Protective Order)* | 1745-1748 |
| MMMMM | ██████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 3586-3588 *(filed under seal pursuant to Protective Order)* | 1749-1751 |
| NNNNN | ██████████████████████, produced by NuStar Plaintiffs bearing Bates numbers PX 3214-3216 *(filed under seal pursuant to Protective Order)* | 1752-1754 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | | |
| OOOOO | Transcript of status conference dated August 16, 2022 | 1755-1798 |
| PPPPP | Subpoena and Subpoena Duces Tecum to ███ | 1799-1801 |
| QQQQQ | Subpoena and Subpoena Duces Tecum to ███ | 1802-1804 |
| RRRRR | Subpoena and Subpoena Duces Tecum to ███ | 1805-1807 |
| SSSSS | Subpoena and Subpoena Duces Tecum to ███ | 1808-1810 |
| TTTTT | Subpoena and Subpoena Duces Tecum to ███ | 1811-1813 |
| UUUUU | Osceola and Emmet County Court records, produced by Defendant bearing Bates numbers Hearst_00379-00386 | 1814-1820 |
| | Appendix Pages 1821-1854 intentionally omitted. | |
| VVVVV | NuStar Cell Phone Records for the period 1.19.2021-7.2022, produced by NuStar Plaintiffs (no Bates number) *(filed under seal pursuant to Protective Order)* | 1855-2355 |
| WWWWW | Form D, filed with Securities Exchange Commission, May 16, 2007, available at https://www.sec.gov/Archives/edgar/vprr/0705/07054106.pdf, last visited 10/11/2022 | 2356-2365 |
| XXXXX | About E-Verify, available at https://www.e-verify.gov/about-e-verify/what-is-e-verify, last visited 10/17/2022 | 2366-2368 |
| YYYYY | CONGRESS.GOV, All Information (Except Text) for H.R.3142 - Agricultural Job Opportunity, Benefits, and Security Act of 2003, 108th Congress (2003-2004), available at https://www.congress.gov/bill/108th-congress/house-bill/3142/all-info, last visited 10/11/2022 | 2369-2375 |
| ZZZZZ | CONGRESS.GOV, All Information (Except Text) for H.R.884 - Agricultural Job Opportunities, Benefits, and Security Act of 2005, 109th Congress, 2005-2006 (AgJOBS 2005), available at | 2376-2380 |

| Exhibit | Description of Documents | Page |
|---------|--------------------------|------|
| | https://www.congress.gov/bill/109th-congress/house-bill/884/all-info?r=158&s=2, last visited 10/11/2022 | |
| AAAAAA | CONGRESS.GOV, All Information (Except Text) for H.R.371 - Agricultural Job Opportunities, Benefits, and Security Act of 2007, 110th Congress (2007-2008) (AgJOBS 2007), available at https://www.congress.gov/bill/110th-congress/house-bill/371/all-info?r=18&s=9, last visited 10/11/2022 | 2381-2384 |
| BBBBBB | All Information (Except Text) for H.R.2414 - AgJOBS Act of 2009, 111th Congress (2009-2010) (AgJOBS 2009), available at https://www.congress.gov/bill/111th-congress/house-bill/2414/all-info?r=11&s=1, last visited 10/11/2022 | 2385-2388 |
| CCCCCC | Congress.gov, Text of H.R.3142 - Agricultural Job Opportunity, Benefits, and Security Act of 2003, 108th Congress (2003-2004), available at https://www.congress.gov/bill/108th-congress/house-bill/3142/text, last visited 10/18/2022 | 2389-2424 |
| DDDDDD | Congress.gov, Text of H.R.884 - Agricultural Job Opportunities, Benefits, and Security Act of 2005, 109th Congress (2005-2006), available at https://www.congress.gov/bill/109th-congress/house-bill/884/text?r=158, last visited 10/18/2022 | 2425-2459 |
| EEEEE | Congress.gov, Text of H.R.371 - Agricultural Job Opportunities, Benefits, and Security Act of 2007, 110th Congress (2007-2008), available at https://www.congress.gov/bill/110th-congress/house-bill/371/text?r=18&s=9, last visited 10/18/2022 | 2460-2495 |
| FFFFFF | Congress.gov, Text of H.R.2414 - AgJOBS Act of 2009, 111th Congress (2009-2010), available at https://www.congress.gov/bill/111th-congress/house-bill/2414/text?r=11&s=1, last visited 10/18/2022 | 2496-2530 |
| GGGGGG | Congress.gov, All Information (Except Text) for H.R.6885 - Dairy and Sheep H-2A Visa Enhancement Act of 2008, 110th Congress (2007-2008), available at | 2531-2533 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | https://www.congress.gov/bill/110th-congress/house-bill/6885/all-info?r=6&s=1, last visited 10/11/2022 | |
| HHHHHH | Congress.gov, Text of H.R.1660 - Dairy and Sheep H-2A Visa Enhancement Act111th Congress (2009-2010), available at https://www.congress.gov/bill/111th-congress/house-bill/1660/text, last visited 10/18/2022 | 2534-2535 |
| IIIIII | Hon. John M. HcHugh, Introduction of the Dairy and Sheep H-2A Visa Enhancement Act of 2008 (H.R. 6885); Congressional Record Vol. 154, No. 147, (Extensions of Remarks - Sept. 16, 2008), available at https://www.congress.gov/congressional-record/volume-154/issue-147/extensions-of-remarks-section/article/E1808-2 | 2536 |
| JJJJJJ | *Trump Tulare fundraiser may have set a record in Central Valley*, Aug. 30, 2016, available at https://abc30.com/fundraiser-donald-trump-tulare-county-record/1491930/, last visited 10/11/2022 | 2537-2538 |
| KKKKKK | Library of Congress, Research Guides, *A Latinx Resource Guide: Civil Rights Cases and Events in the United States, 1942: Bracero Program*, available at https://guides.loc.gov/latinx-civil-rights/bracero-program, last visited 10/18/2022 | 2539-2542 |
| LLLLLL | Congress.gov, Text of H.R. 6417 (AG and Legal Workforce Act of 2018), 115th Congress (2017-2018), available at www.congress.gov/bill/115th-congress/house-bill/6417/text?r=71, last visited on 10/18/2022 | 2543-2580 |
| MMMMMM | Congress.gov, Text of H.R. 5038, Farm Workforce Modernization Act of 2019, 116th Congress, (2019-2020), https://www.congress.gov/116/bills/hr5038/BILLS-116hr5038rfs.pdf  [also here: https://www.congress.gov/bill/116th-congress/house-bill/5038/text last visited 10/11/2022] | 2581-2808 |
| NNNNNN | Transcript of Hearing on House Judiciary Committee, Wednesday, November 20, 2019, 10:14 a.m., | 2809-2816 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | including Markup of H.R. 5038, the "Farm Workforce Modernization Act of 2019" | |
| OOOOOO | Roll Call 93, Bill Number H.R. 1603, Farm Workforce Modernization Act of 2021, on passage, March 18, 2021, 117th Congress, 1st Session, available at https://clerk.house.gov/Votes/202193, last visited 10/18/22 | 2817-2834 |
| PPPPPP | Congress.gov, Text of H.R.1603 - Farm Workforce Modernization Act of 2021, 117th Congress (2021-2022), available at https://www.congress.gov/bill/117th-congress/house-bill/1603/text, last visited 10/18/22 | 2835-2910 |
| QQQQQQ | List of Blue Diamond Growers campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=processed&committee_id=C00370056&contributor_name=blue+diamond+growers, last visited 10/18/2022 | 2911-2913 |
| RRRRRR | List of Western Growers campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=processed&committee_id=C00370056&contributor_name=C00193979, last visited 10/18/2022 | 2914-2916 |
| SSSSSS | List of Dairy Farmers of America campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=processed&committee_id=C00370056&contributor_name=C00001388, last visited 10/18/2022 | 2917-2919 |
| TTTTTT | List of National Milk Producers Federation campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=process | 2920-2923 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | ed&committee_id=C00370056&contributor_name=C00325324, last visited 10/18/2022 | |
| UUUUUU | List of Land O'Lakes campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=processed&committee_id=C00370056&contributor_name=C00009423, last visited 10/18/2022 | 2924-2927 |
| VVVVVV | List of Western United Dairymen campaign contributions to Devin Nunes Campaign Committee, publicly available and maintained by the Federal Election Commission available at https://www.fec.gov/data/receipts/?data_type=processed&committee_id=C00370056&contributor_name=C00186072, last visited 10/18/2022 | 2928-2931 |
| WWWWWW | Letter from Steven Biss to Ryan Lizza, Hearst Magazine Media, dated September 25, 2019 | 2932-2940 |
| XXXXXX | September 30, 2018, 6:31 p.m. Tweet by Ryan Lizza, available at https://twitter.com/ryanlizza/status/1046543162964156416?lang=en, last visited 10/18/2022 | 2941 |
| YYYYYY | November 20, 2019, 8:13 p.m. Tweet by Ryan Lizza, available at https://twitter.com/ryanlizza/status/1197322014572371969?lang=en, last visited 10/11/2022 | 2942 |
| ZZZZZZ | November 21, 2019, 8:16 a.m. Tweet by Ryan Lizza, available at https://twitter.com/RyanLizza/status/1197504032912400384, last visited 10/18/2022 | 2943 |
| AAAAAAA | Letter from Steven Biss to Troy Young, Hearst Magazine, Inc., dated November 14, 2019 | 2944-2948 |
| BBBBBBB | Ryan Lizza's Hit Piece on Devin Nunes' Extended Family is Deeply Flawed," *The Federalist*, October 2, 2018, available at https://thefederalist.com/2018/10/02/ryan-lizzas-hit- | 2949-2959 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | piece-on-devin-nunes-extended-family-is-deeply-flawed/, last visited 10/17/2022 | |
| CCCCCCC | Congress.gov, All Information (Except Text) for H.R.1660 - Dairy and Sheep H-2A Visa Enhancement Act, 111th Congress (2009-2010), available at https://www.congress.gov/bill/111th-congress/house-bill/1660/all-info, last visited 10/19/2022 | 2960-2962 |
| DDDDDDD | *Rep. Trey Gowdy: No one is above oversight, review and scrutiny*, Transcript, FOX NEWS, June 23, 2019, 11:00 a.m. EDT, available at https://www.foxnews.com/transcript/rep-trey-gowdy-no-one-is-above-oversight-review-and-scrutiny, last visited 10/19/22 | 2963-2999 |
| EEEEEEE | 2016 Devin Nunes Campaign Committee FEC Overview, available at https://www.fec.gov/data/committee/C00370056/?cycle=2016, last visited 10/21/2022 | 3000-3002 |
| FFFFFFF | 2018 Devin Nunes Campaign Committee FEC Overview, available at https://www.fec.gov/data/committee/C00370056/?cycle=2018, last visited 10/21/2022 | 3003-3005 |
| GGGGGGG | 2018 Raising Summary FEC House, available at https://www.fec.gov/data/raising-bythenumbers/?office=H&election_year=2018, last visited 10/21/2022 | 3006-3008 |
| HHHHHHH | 2020 Devin Nunes Campaign Committee FEC Overview, available at https://www.fec.gov/data/committee/C00370056/?cycle=2020, last visited 10/21/2022 | 3009-3011 |
| IIIIIII | 2020 Raising Summary FEC House, available at https://www.fec.gov/data/raising-bythenumbers/?office=H&election_year=2020, last visited 10/21/2022 | 3012-3014 |
| JJJJJJJ | Press Release dated December 6, 2021: Congressman Devin G. Nunes, Ranking Member of the House Intelligence Committee, to Join Trump Media & | 3015 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | Technology Group as Chief Executive Officer, available at https://ir.tmtgcorp.com/news-events/press-releases/#b2iLibScrollTo1, last visited 10/24/2022 | |
| KKKKKKK | *Nunes says $250M lawsuit against Twitter is 'the first of many,' accuses company of 'gaslighting,'* FOX NEWS, March 19, 2019, 1:19 a.m. EDT: available at https://www.foxnews.com/politics/nunes-says-250m-lawsuit-against-twitter-is-the-first-of-many-accuses-company-of-gaslighting-for-all-of-the-news, last visited 9/1/22 | 3016-3025 |
| LLLLLLL | Screenshot of www.devinnunes.com, last visited 7/7/22 | 3026-3060 |
| MMMMMM | Complaint, *Nunes v. WP Company, LLC*, No. 3:20-cv-1405 (E.D. Va.), as transferred to the United States District Court for the District of Columbia, 1:21-cv-00506 | 3061-3080 |
| NNNNNNN | Plaintiff's Rule 26(a)(1) Disclosures, *Nunes v. WP Company, LLC*, No. 1:21-cv-00506 (District of Columbia) | 3081-3086 |
| OOOOOOO | Complaint, *Nunes v. Cable News Network, Inc.*, No. 3:19-cv-889 (E.D. Va.), as transferred to the United States District Court for the Southern District of New York, No. 1:20-cv-3976, and as appealed to the United States Court of Appeals for the Second Circuit, No. 21-637 | 3087-3134 |
| PPPPPPP | Complaint, *Nunes v. Twitter*, No. CL19001715-00 (Va. Circuit Ct., Henrico Cnty.) (Def. Dep. Ex. 143) | 3135-3174 |
| QQQQQQQ | Complaint, *Nunes v. McClatchy Co.*, No. CL19000629-00 (Va. Circuit Ct., Albermale Cnty.) | 3175-3217 |
| RRRRRRR | Complaint, *Nunes v. WP Company, LLC*, No. 3:20-cv-146 (E.D. Va.), as transferred to the United States District Court for the District of Columbia, No. 1:20-cv-1403, and as appealed to the United States Court of Appeals for the District of Columbia Circuit, No. 20-7121 | 3218-3240 |

| Exhibit | Description of Documents | Page |
|---------|-------------------------|------|
| SSSSSSS | Complaint, *Nunes v. NBCUniversal Media, LLC*, No. 4:21-cv-608 (E.D. Tex.), as transferred to the United States District Court for the Southern District of New York, No. 1:22-cv-1633 | 3241-3258 |
| TTTTTTT | Complaint, *Devin Nunes Campaign Committee v. Seeley*, No. 279766 (Cal. Super. Ct., Tulare Cnty.) | 3259-3275 |
| UUUUUUU | Subpoena duces Tecum to Christopher Buskirk, dated May 6, 2022 | 3276-3301 |
| VVVVVVV | Subpoena duces Tecum to Rockbridge Network, LLC, dated May 6, 2022 | 3302-3327 |
| WWWWWWW | Email from Steven Biss to Nathaniel Boyer, Michael Giudicessi, John Cyon dated July 11, 2022 | 3328 |
| XXXXXXX | Plaintiff's Rule 26(a)(1) Disclosures, *Nunes v. NBCUniversal Media, LLC*, No. 4:21-cv-608 (E.D. Tex.) | 3329-3334 |
| YYYYYYY | Deposition of John Kenney dated 8/2/21 | 3335-3370 |
| *ZZZZZZZ* | Lobbying Contribution Reports search summary for Blue Diamond Growers maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/ | 3371-3377 |
| AAAAAAAA | Lobbying Contribution Reports search summary for Western Growers, publicly available and maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/, last visited 10/21/2022 | 3378-3390 |
| BBBBBBBB | Lobbying Contribution Reports search summary for Dairy Farmers of America, publicly available and maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/, last visited 10/21/2022 | 3391-3408 |

| Exhibit | Description of Documents | Page |
|---------|--------------------------|------|
| CCCCCCCC | Lobbying Contribution Reports search summary for National Milk Producers Federation, publicly available and maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/, last visited 10/21/2022 | 3409-3426 |
| DDDDDDDD | Lobbying Contribution Reports search summary for Land O'Lakes, publicly available and maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/, last visited 10/21/2022 | 3427-3429 |
| EEEEEEEE | Lobbying Contribution Reports search summary for Western United Dairymen, publicly available and maintained by the Secretary of the United States Senate, available at https://lda.senate.gov/filings/public/contribution/search/, last visited 10/21/2022 | 3430-3436 |
| FFFFFFFF | Declaration of Kevin McDonnell dated 10/24/22 | 3437-3443 |
| GGGGGGGG | Declaration of John Kenney dated 10/21/22 | 3444-3456 |
| HHHHHHHH | Declaration of Ryan Lizza, including Exhibits L1-36 dated 10/24/22<br>L1: 3504-3507<br>L2: 3508-3517<br>L3: 3518-3519<br>L4: 3520-3522<br>L5: 3523-3524<br>L6: 3525<br>L7: 3526-3527<br>L8: 3528-3529<br>L9: 3530-3550<br>L10: 3551 (audio) *(filed under seal pursuant to Protective Order)*<br>L11: 3552 (audio)<br>L12: 3553 (audio)<br>L13: 3554 (audio)<br>L14: 3555 (audio)<br>L15: 3556 (audio) *(filed under seal pursuant to Protective Order)*<br>L16: 3557 (audio)<br>L17: 3558 (audio) | 3457-3640 |

| Exhibit | Description of Documents | Page |
|---|---|---|
| | L18: 3559 (audio) *(filed under seal pursuant to Protective Order)*<br>L19: 3560 (audio)<br>L20: 3561 (audio)<br>L21: 3562 (audio)<br>L22: 3563 (audio) *(filed under seal pursuant to Protective Order)*<br>L23: 3564 (audio) *(filed under seal pursuant to Protective Order)*<br>L24: 3565 (audio) *(filed under seal pursuant to Protective Order)*<br>L25: 3566 (audio)<br>L26: 3567 (audio)<br>L27: 3568 (audio)<br>L28: 3569 (audio)<br>L29: 3570 (audio)<br>L30: 3571 (audio)<br>L31: 3572 (audio)<br>L32: 3573 (audio)<br>L33: 3574-3637<br>L34: 3638<br>L35: 3639<br>L36: 3640 | |

Dated:  October 25, 2022.

**Ryan Lizza and Hearst Magazine Media, Inc., Defendants**

<u>/s/ Jonathan R. Donnellan</u>
Jonathan R. Donnellan, *Lead Counsel*\*
  jdonnellan@hearst.com
Ravi R. Sitwala\*
  rsitwala@hearst.com
Nathaniel S. Boyer\*
  nathaniel.boyer@hearst.com
Sarah S. Park\*
  sarah.park@hearst.com
Nina Shah\*
  nina.shah@hearst.com
Kristen Hauser\*
  khauser@hearst.com
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*Admitted Pro Hac Vice*

Michael A. Giudicessi
  michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
  nick.klinefeldt@faegredrinker.com
Susan P. Elgin
  susan.elgin@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Scott W. Wright\*
  scott.wright@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
*Admitted Pro Hac Vice*

**Attorneys for Defendants**

The undersigned certifies that a true copy of **Defendants' Appendix in Support of Their Resisted Motion for Summary Judgment Against Plaintiffs Devin G. Nunes, NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III** was served upon the following parties through the Court's CM/ECF electronic filing system on October 25, 2022.

/s/ Jonathan R. Donnellan

Copy to:

Bill McGinn
  *bmcginn@mcginnlawfirm.com*
Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiffs*

US.352945521.08