

**Summary**
Title: STATE vs. ▮
Case: ▮
Citation: ▮

**Originating County**         **Created**
OSCEOLA                        ▮

**Disposition Status**         **Disposition Date**      **Reopened Date**     **Microfilm Ref**
VIOLATIONS HANDLED BY CLERK    ▮

**Charges**   Speedy Trial:

| Count | Original Charge | Offense Date | Charge Class | Adjudication | Adjudication Charge | Adjudication Class |
|---|---|---|---|---|---|---|
| 01 | FAILURE TO HAVE VALID LICENSE/PERMIT WHILE OPER. MOTOR VEH. | ▮ | SCHEDULED VIOLATION | GUILTY - NEGOTIATED/VOLUN PLEA | FAILURE TO HAVE VALID LICENSE/PERMIT WHILE OPER. MOTOR VEH. | SCHEDULED VIOLATION |

Hearst_00379

**Traffic Details**
Title: STATE vs. ▮▮▮

## Defendant

| | | | | | |
|---|---|---|---|---|---|
| Name: | ▮▮▮ | Gender: | MALE | DOB: | ▮▮▮ |
| Address: | ▮▮▮ | | | | |
| City: | ▮▮▮ | State: | IA | Zip: | 51249 |
| License Num: | | License State: | IA | License Date: | |

## Violation

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Desc.: | WHITE OLDS VAN | Location: | 3RD STREET 3RD AVE | Issue Date: | ▮▮▮ |
| Registration #: | ▮▮▮ | Year: | 2011 | Registration State: | IA |
| Description: | NO VALID DL | Court Date: | ▮▮▮ | Due Date: | ▮▮▮ |
| Actual Speed: | | Posted Speed: | | | |
| Vehicle Type: | N | Property Damage: | | Injury/Injury:: | |
| Class: | | Restrictions: | | Endorsements: | |
| Charge: | 321.174 | Year: | 1992 | Description: | FAILURE TO HAVE VALID LICENSE/PERMIT WHILE OPER. MOTOR VEH. |
| Comment: | | | | | |

**Traffic Details**
Title: STATE vs. ███

## Defendant

| | | | |
|---|---|---|---|
| Name: ███ | Gender: MALE | DOB: ███ |
| Address: --CONFIDENTIAL-- | | |
| City: -- | State: -- | Zip: -- |
| License Num: | License State: | License Date: |

## Violation

| | | | |
|---|---|---|---|
| Vehicle Desc.: GREY DODGE | Location: 1600 BLK CENTRAL AVE | Issue Date: ███ |
| Registration #: ███ | Year: | Registration State: IA |
| Description: FAILURE TO HAVE VALID D.L. | Court Date: ███ | Due Date: ███ |
| Actual Speed: | Posted Speed: | |
| Vehicle Type: N | Property Damage: | Injury/Injury:: |
| Class: | Restrictions: | Endorsements: |
| Charge: 321.174 | Year: 1992 | Description: FAILURE TO HAVE VALID LICENSE/PERMIT WHILE OPER. MOTOR VEH. |
| Comment: | | |

Case 5:19-cv-04064-CJW-MAR   Document 121-128   Filed 11/01/22   Page 3 of 7

App. 1816

Hearst_00382

## Summary
Title: STATE vs. ███████

EDMS

**Originating County**  
OSCEOLA

**Created**  
███████

**Disposition Status**  
VIOLATIONS HANDLED BY CLERK

**Disposition Date**  
███████

**Reopened Date**

**Microfilm Ref**

**Charges**   Speedy Trial:

| Count | Original Charge | Offense Date | Charge Class | Adjudication | Adjudication Charge | Adjudication Class |
|---|---|---|---|---|---|---|
| 01 | NO VALID DRIVERS LICENSE | | SCHEDULED VIOLATION | GUILTY NEGOTIATED/VOLUN PLEA | NO VALID DRIVERS LICENSE | SCHEDULED VIOLATION |

Case 5:19-cv-04064-CJW-MAR   Document 121-128   Filed 11/01/22   Page 4 of 7

App. 1817

Hearst_00383

**Traffic Details**
Title: STATE vs. ███████

## Defendant

| | | | | | |
|---|---|---|---|---|---|
| Name: | ███████ | Gender: | MALE | DOB: | ███ |
| Address: | | | | | |
| City: | | State: | IA | Zip: | 51249 |
| License Num: | | License State: | IA | License Date: | |

## Violation

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Desc.: | 2002 GRY DODGE | Location: | 190TH ST AND ORIOLE AVE | Issue Date: | ███ |
| Registration #: | ███ | Year: | 2017 | Registration State: | IA |
| Description: | NO VALID DL | Court Date: | ███ | Due Date: | ███ |
| Actual Speed: | | Posted Speed: | | | |
| Vehicle Type: | N | Property Damage: | | Injury/Injury:: | |
| Class: | | Restrictions: | | Endorsements: | |
| Charge: | 321.174(1) | Year: | ███ | Description: | NO VALID DRIVERS LICENSE |
| Comment: | | | | | |

App. 1818
Hearst_00384

# Summary
Title: STATE vs. ▮▮▮

| Originating County | Created |
|---|---|
| OSCEOLA | ▮ |

| Disposition Status | Disposition Date | Reopened Date | Microfilm Ref |
|---|---|---|---|
| VIOLATIONS HANDLED BY CLERK | ▮ | | |

## Charges     Speedy Trial:

| Count | Original Charge | Offense Date | Charge Class | Adjudication | Adjudication Charge | Adjudication Class |
|---|---|---|---|---|---|---|
| 01 | NO VALID DRIVERS LICENSE | ▮ | SCHEDULED VIOLATION | GUILTY NEGOTIATED/VOLUN PLEA | NO VALID DRIVERS LICENSE | SCHEDULED VIOLATION |

Case 5:19-cv-04064-CJW-MAR   Document 121-128   Filed 11/01/22   Page 6 of 7

App. 1819

Hearst_00385

**Traffic Details**
Title: STATE vs ███████

## Defendant

| | | | | | |
|---|---|---|---|---|---|
| Name: | ███ | Gender: | MALE | DOB: | ███ |
| Address: | | | | | |
| City: | ███ | State: | IA | Zip: | 51249 |
| License Num: | | License State: | IA | License Date: | |

## Violation

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Desc.: | 2002 GRY DODGE DAKOTA SLT PU | Location: | 180TH ST & ORIOLE AVE | Issue Date: | 05/12/2016 |
| Registration #: | ███ | Year: | ███ | Registration State: | IA |
| Description: | NO VALID DL | Court Date: | ███ | Due Date: | ███ |
| Actual Speed: | | Posted Speed: | | | |
| Vehicle Type: | N | Property Damage: | | Injury/Injury:: | |
| Class: | | Restrictions: | | Endorsements: | |
| Charge: | 321.174(1) | Year: | ███ | Description: | NO VALID DRIVERS LICENSE |
| Comment: | | | | | |