IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN LIZZA, HEARST MAGAZINES, INC., and HEARST MAGAZINE MEDIA, INC.,<br><br>    Defendants.<br>_____ | No. 19-CV-4064 CJW-MAR |
| ANTHONY NUNES, JR., ANTHONY NUNES, III and NUSTAR FARMS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>    Defendants. | No. 20-CV-4003 CJW-MAR |

_____

The Court will conduct oral argument on the defendants' motion for summary judgment, (Docs. 118 & 121), on **Friday, January 6, 2023, at 9:00 a.m.**; United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa. The Court has set aside three (3) hours for this hearing.

The parties are reminded to comply with LR 5A(g)(8), filings totaling more than 100 pages in length. (*See* LR 10(c)(3)). The copies should be printed from the docket so the file stamped information is on the bottom of each page.

**IT IS SO ORDERED** this 3rd day of November, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa