IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Devin G. Nunes,** | Case No. 5:19-cv-04064-CJW-MAR |
| Plaintiff, | |
| v. | |
| **Ryan Lizza, Hearst Magazines, Inc.,** and **Hearst Magazine Media, Inc.,** | |
| Defendants. | |
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | Case No. 5:20-cv-04003-CJW-MAR<br><br>**Defendants' Notice of Filing Proposed Less-Redacted Version of Reply Statement of Undisputed Material Facts Under Seal** |
| Plaintiffs, | |
| v. | |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | |
| Defendants. | |

Defendants Ryan Lizza ("Lizza") and Hearst Magazine Media, Inc. ("Hearst") respectfully submit this notice of filing under seal a less-redacted version of their Reply to Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts ("Reply SUF"), in further support of their resisted motion to unseal ("Motion to Unseal") certain documents filed in support of their motion for summary judgment filed on October 25, 2022 ("Summary Judgment Motion") against plaintiffs Devin G. Nunes ("the Congressman"), NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr. ("Anthony Jr."), and Anthony Nunes, III ("Anthony III") (NuStar, Anthony Jr., and Anthony III referred herein collectively as "NuStar Plaintiffs," and the Congressman and NuStar Plaintiffs referred herein collectively as "Plaintiffs").

In support of this notice, Defendants state:

1. On November 7, 2022, Defendants filed their resisted Motion to Unseal, proposing to maintain redactions of personal identifying information, sensitive financial information, or other information legitimately protected by the Protective Order or applicable rules, while unsealing everything else. *See* [ECF No. 124]. With extremely narrow exceptions, Plaintiffs opposed the Motion to Unseal, arguing without explanation that Defendants' proposal was "grossly irresponsible." *See* [ECF Nos. 129].

2. Pursuant to the Court's Order of October 20, 2022, Defendants filed the Reply and supporting documents, including the Reply SUF, entirely under seal on December 9, 2022. *See* [ECF No. 138].

3. Because Plaintiffs opposed the Motion to Unseal and failed to timely file a public unredacted version of their Resistance to the Summary Judgment Motion ("Resistance"), Defendants filed a heavily redacted public version of the Reply, Reply SUF, and supporting documents, on December 16, 2022. *See* [ECF No. 139, 140].

4. Later the same day, on December 16, 2022, Plaintiffs late filed a public version of their Resistance papers with very limited redactions, mooting the vast majority of their confidentiality designations applicable to all the papers submitted in support of or in resistance to the Summary Judgment Motion. *See* [ECF No. 141]. Notwithstanding Plaintiffs' having filed a resistance to the Motion to Unseal, the public version of Plaintiffs' Resistance demonstrates that Defendants' Motion to Unseal is essentially unopposed.

5. Defendants now file the present version of a minimally-redacted Reply SUF, which should be filed publicly consistent with the principles set forth in the Motion to Unseal, and consistent with the public version of the Resistance. Pending resolution of the Motion to

Unseal, set for hearing on January 6, 2023, Defendants file the proposed less-redacted Reply SUF under seal. Following the principles set forth in the Motion to Unseal, nothing in the Reply brief itself warrants sealing—therefore Defendants do not submit another proposed redacted version of that document.

      WHEREFORE, Defendants Ryan Lizza and Hearst Magazine Media, Inc. hereby file the accompanying sealed proposed redacted version of their Reply SUF in support of their Summary Judgment Motion against all Plaintiffs.

*[signature block on next page]*

Dated: January 3, 2023.

**Ryan Lizza and Hearst Magazine Media, Inc., Defendants**

/s/ Jonathan R. Donnellan
Jonathan R. Donnellan, *Lead Counsel\**
 *jdonnellan@hearst.com*
Ravi R. Sitwala\*
 *rsitwala@hearst.com*
Nathaniel S. Boyer\*
 *nathaniel.boyer@hearst.com*
Sarah S. Park\*
 *sarah.park@hearst.com*
Nina Shah\*
 *nina.shah@hearst.com*
Kristen Hauser\*
 *khauser@hearst.com*
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
 *michael.giudicessi@faegredrinker.com*
Nicholas A. Klinefeldt
 *nick.klinefeldt@faegredrinker.com*
Susan P. Elgin
 *susan.elgin@faegredrinker.com*
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Scott W. Wright\*
 *scott.wright@faegredrinker.com*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center/90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
*\*Admitted Pro Hac Vice*

**Attorneys for Defendants**

## Certificate of Service

The undersigned certifies that a true copy of **Defendants' Notice of Filing Proposed Less-Redacted Version of Reply Statement of Undisputed Material Facts Under Seal** was served upon the following parties through the Court's CM/ECF electronic filing system on January 3, 2023.

/s/ Jonathan R. Donnellan
Jonathan R. Donnellan

Copy to:

Bill McGinn
 bmcginn@mcginnlawfirm.com
Steven S. Biss
 stevenbiss@earthlink.net

*Attorneys for Plaintiffs*