IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 5:19-cv-4064-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NUSTAR FARMS, LLC *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 5:20-cv-04003-CJW-MAR |
| | ) | |
| RYAN LIZZA *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY INTENDED TO BE OFFERED IN EVIDENCE

Plaintiffs, Devin G. Nunes, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to § VII of the Court's Trial Management Order for Civil Jury Trial [*ECF No. 85*], designate the following deposition testimony and authenticated audiotape statements to be offered into evidence:

1

| Witness | Deposition Transcript Page and Line Number/ Audiotape Timestamp |
|---|---|
| Devin Nunes | (Devin II) 366:12-368:18; 370:5-374:22; 377:4-379:12; 386:20-395:8; 420:20-25; 438:1-439:2; 441:15-23; 442:7-12; 476:15-477:10 |
| Anthony, Jr. | 58:23-25; 59:1-15; 60:6-25; 61:1-9; 62:7-12; 63:9-12; 65:9-24; 66:1-6; 67:18-25; 68-69:24 |
| Anthony III (NuStar) | 110-113; 123:15-138:9; 141:10-19; 142:11-23; 143:11-13; 161:17-19; 162:10-22; 164:1-7; 177:5-7; 188:1-25; 189:1-25; 190:1-5; 196:1; 257:24-25; 259:1-17; 286:11-14; 270:8-25; 271:1-10; 291:13-14; 341:6-25; 363:14-25; 364-367:4; 373:10-25; 374:1-14; 374:17:25; 375-376:4; 378:10-15; 383:13-19; 391:24-25; 392:1-4 |
| Lori Nunes | 16:25-17:17; 33:8-10; 45:5-26, 46:14-48:23; 55:14-25; 56:1-14; 63:23; 66:12-21; 69:8; 72:22-25; 73:1-2; 197:10-22; 128:20-22; 130:22-24; 139:16-21; 191:9-21; 209:3-5; 221:17-25; 222:1; 223:3 |
| Gerald Nunes | 23:18-22; 24:10-25:24; 49:6-16; 53:9-24 |
| Clete Samson | 8:20-25; 104:13-25; 105:1-16; 126:16-19; 140:18-20; 141:5-17; 165:16-19; 175:13-15; 176:3-14; 189:20-25-191:1-22; 194-195:1-11; 208:2-13; 209:17-25; 210:1-3; 211:8-12; 212:1-2; 214:12-25; 218:20-24; 219:18-22; 220:4-19; 221:7-23; 224:10-15; 228:21-25; 229:1-7; 230:18-22; 235:24; 238:10-14; 241:12-25; 243:1-13; 244:12-14; 250:8-11; 252:25-253:1-4; 259:6-7; 265:21-24; 271:13-17; 272:6-15; 273:4-8; 275:6-10; 276:24-25-277:1-3; 278:16-23; 285:8-16*<br><br>*including authentication of Ex. PPP, Samson Expert Report |
| Amanda Bahena | 43:11-13; 43:24-25; 45:19-24; 47:3-12; 48:1-5; 57:2-9; 61:12-19; 62:20-25; 63:1-12; 67:13-21; 76:1-10; 80:3:16; 82:23-25; 83:8-10; 84:8; 87:10-14; 87:21-25; 93:23-24; 123:2-8; 135:7-11; 136:8-10; 137:16-19; 138:2-7; 142:6-19; 155:22 |
| Source 1 | 14:20-22; 17:20-25; 18:1-14; 33:23:25; 34:1-4; 39:1-25; 40:1-2; 50:23-25; 71:9-25; 72:1-9; 76:24-25; 77:1-2; 77:16-21; 96:13-18; 105:3-9; 110:2-10; 112:20-25; 113:1-6; 114:7-11; 115:11-14; 119:1-4; 119:15-18; 121:6-14; 123:1-5; 251:7-11 |

| *Witness* | *Deposition Transcript Page and Line Number/ Audiotape Timestamp* |
|---|---|
| Source 1 Audiotape | (Lizza 1035) 8:00-10:35; (Lizza 1036) 14:35-16:12; 16:26-16:36; 21:33-22:03; 23:33-23:40; 25:28-26:01 |
| Source 2 Audiotape | 0:47-1:53, 3:37-3:55 |
| Source 3 Audiotape | 20:31-20:45, 36:40 |
| Father James Callahan | 5:11-13; 8:25; 9:1-19; 9:21-23; 10:24-25; 11:1-11; 14:19-25; 15:1-9; 30:18-25; 40:13-24; 41:7-21; 42:1-20; 63:11:25; 64:1-4; 64:20-25; 65:1-6; 67:7-10; 70:15-17 |
| Source 4 Audiotape | 9:02-10:42; 25:43-25:58 |
| Source 5 Audiotape | 6:26-6:38, 12:38-12:43 |
| Ryan Lizza | (Lizza I) 11:1-19; 12:17-25; 20:1-8; 21:5-13; (Lizza II) 109:18-22 |
| Hearst (Kenney) | 17:25; 18:1-15; 20:3-10; 23:15-25; 24:1-21; 32:24-25; 33:1; 34:1-13; 35:5-6; 36:4-6; 36:17-20; 40:12-25; 41:1-20; 46:11-24; 48:10-20; 49:8-14; 51:14-22; 52:3-15; 55:9-14; 60:1-2; 60:20-23; 62:12-17; 65:18-24; 69:1-20; 74:10-14 |

DATED: March 6, 2023

Signature of Counsel on Next Page

DEVIN G. NUNES
NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: _/s/ Steven S. Biss_
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*