# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2322

Devin G. Nunes, et al.

Appellants

v.

Ryan Lizza, et al.

Appellees

___

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:19-cv-04064-CJW)
(5:20-cv-04003-CJW)
___

**ORDER**

The appellants' motion to revise brief and reset deadlines has been considered by the court and is denied. Appellants may have until November 14, 2023, to file the corrected joint appendix and brief as set forth in appellants' motion filed August 16, 2023.

October 11, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans