# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2322
_____

Devin G. Nunes; NuStar Farms, LLC; Anthony Nunes, Jr.; Anthony Nunes, III

Plaintiffs - Appellants

v.

Ryan Lizza; Hearst Magazines, Inc.; Hearst Magazine Media, Inc.

Defendants - Appellees

_____

Appeals from U.S. District Court for the Northern District of Iowa - Western
(5:19-cv-04064-CJW)
(5:20-cv-04003-CJW)
_____

**JUDGMENT**

Before COLLOTON, Chief Judge, LOKEN, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 27, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik